

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00067-CV

**GALINDO ENGINEERS AND PLANNERS,**

                                                                        **Appellant**

 **v.**

**PAUL DICKSON,**

                                                                        **Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 05-001335-CV-361

## MEMORANDUM  OPINION

Appellant has filed a "Withdrawal of Notice of Appeal." *See* TEX. R. APP. P. 42.1(a)(1). It states that Appellant desires to withdraw its notice of appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed March 25, 2009
[CV06]